1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 BAY AREA PAINTERS AND TAPERS          Case No.:  C12-0994 CRB
   PENSION TRUST FUND, et al.,
11                                       **PLAINTIFFS' REQUEST FOR
       Plaintiffs,                       CONTINUANCE OF CASE
12                                       MANAGEMENT CONFERENCE; and
       v.                                ORDER THEREON**
13
   JIMMY CHARLES WINCHESTER,             Date:  Friday, August 10, 2012
14 individually and *dba* JIM'S PAINTING & Time:  8:30 a.m.
   PAPERING SERVICE *aka* JIM'S PAINTING, Ctrm:  6, 17th Floor
15                                              450 Golden Gate Avenue
       Defendant.                               San Francisco, California
16                                       Judge: The Honorable Charles R. Breyer

17

18        Plaintiffs respectfully request that the Case Management Conference currently scheduled

19 for August 10, 2012, at 8:30 a.m., be continued for approximately 30 – 60 days, as follows:

20        1.      As the Court's records will reflect, this action was filed on February 27, 2012 to

21 compel Defendant to submit payment for amounts found due on an audit of their payroll records

22 during the period of August 1, 2008 through June 30, 2011, and to submit contribution reports and

23 payments for the months of July 2011 through December 2011.  Service on Defendant was

24 completed on March 11, 2012.  A Proof of Service of Summons was filed with the Court on

25 March 21, 2012.  [*Docket No. 9.*]

26

27

28
                                                                          **-1-**
N:\pdf docs\1590behjou.docx

1    2.    On May 30, 2012, the Clerk of the Court contacted this office to inquire about the

2    status of the case.  Plaintiffs stated that we expect to file a Motion for Default Judgment within

3    sixty (60) days.

4    3.    On or about March 29, 2012, Defendant sent a letter to Plaintiffs' counsel to refute

5    the findings of the audit.  He stated that he had paid the travel time and gas mileage portion of the

6    audit along with the wages.  Plaintiffs contacted Defendant for proof of payment.

7    4.    Defendant finally submitted the requested documentation within the past few days,

8    and Plaintiffs are in the process of forwarding it to the fund auditor.  Once the fund auditor

9    receives the documents, she will have to review and, if necessary, revise the audit report.

10   5.    Plaintiffs want to be certain of the amount Defendant owes on the audit before

11   filing a Motion for Default Judgment.

12   6.    Accordingly, Plaintiffs herein respectfully request that the Case Management

13   Conference, currently scheduled for August 10, 2012, be continued for 30 – 60 days to allow the

14   fund auditor sufficient time to review the additional documentation, revise the report (if

15   applicable), and allow Defendant a chance to pay, if necessary.  If no payment is received,

16   Plaintiffs will file a Motion for Default Judgment.

17   7.    There are no issues that need to be addressed by this Court at the currently

18   scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's

19   time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled

20   Case Management Conference.

Dated: August 2, 2012

21

**SALTZMAN & JOHNSON
LAW CORPORATION**

22

By: _____/s/_____

23

Blake E. Williams
Attorneys for Plaintiffs

24

25

26

27

28

N:\pdf docs\1590behjou.docx

1  IT IS SO ORDERED.

2

3      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to October 12, 2012 at 8:30 a.m. and all related deadlines are extended accordingly.

4

5  Date: August 6, 2012                    _____



THE HONORABLE CHARLES R. BREYER
6                                          UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                   -3-
                                                    **REQUEST TO CONTINUE CMC**
                                                    **Case No.: C12-0994 CRB**

N:\pdf docs\1590behjou.docx

1                                    <u>PROOF OF SERVICE</u>:

2 I, the undersigned, declare:

3        I am employed in the County of San Francisco, State of California.  I am over the age of

4 eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110,

5 San Francisco, California 94104.

6        On **August 2, 2012**, I served the following document(s) on the parties to this action in the

7 manner described below:

8      **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT
CONFERENCE; and [PROPOSED] ORDER THEREON**

9
10 <u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

11

12 *To:*

13         **Jimmy Charles Winchester
individually and** *dba* **Jim's Painting & Papering Service**
*aka* **Jim's Painting**

14         **9849 East Jahant Road**
**Acampo, California 95220**

15

16        I declare under penalty of perjury that the foregoing is true and correct and that this

17 declaration was executed on this 2nd day of August, 2012, at San Francisco, California.

18

19                            /s/
                             Qui X. Lu

20

21

22

23

24

25

26

27

28

N:\pdf docs\1590behjou.docx