Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMY CHARLES WINCHESTER, individually and *dba* JIM'S PAINTING & PAPERING SERVICE *aka* JIM'S PAINTING,<br><br>Defendant. | Case No.: C12-0994 CRB<br><br>**PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date: Friday, October 12, 2012<br>Time: 8:30 a.m.<br>Ctrm: 6, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br>Judge: The Honorable Charles R. Breyer |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for October 12, 2012, at 8:30 a.m., be continued for approximately sixty (60) days, as follows:

1.      As the Court's records will reflect, this action was filed on February 27, 2012 to compel Defendant to submit payment for amounts found due on an audit of their payroll records during the period of August 1, 2008 through June 30, 2011, and to submit contribution reports and payments for the months of July 2011 through December 2011. Service on Defendant was completed on March 11, 2012. A Proof of Service of Summons was filed with the Court on March 21, 2012. [*Docket No. 9.*]

2.      On May 30, 2012, the Clerk of the Court contacted this office to inquire about the status of the case. Plaintiffs stated that we expect to file a Motion for Default Judgment within sixty (60) days.

3. On or about March 29, 2012, Defendant sent a letter to Plaintiffs' counsel to refute the findings of the audit. He stated that he had paid the travel time and gas mileage portion of the audit along with the wages. Plaintiffs contacted Defendant for proof of payment.

4. Defendant finally submitted the requested documentation in late July. The Trust Funds' auditor has been working with Defendant to make final determinations as to the amounts due and compile a final draft of the audit correctly detailing the amounts Defendant owes the Trust Funds.

5. Defendant has recently indicated to Plaintiffs that he will be willing to enter into a payment plan with Plaintiffs once the audit is completed, though the details of the payment plan have not been finalized at this time.

6. Accordingly, Plaintiffs herein respectfully request that the Case Management Conference, currently scheduled for October 12, 2012, be continued for sixty (60) days to allow for the audit to be completed and a payment plan to be finalized with Defendant. If an agreement as to a payment plan cannot be reached, Plaintiffs will file a Motion for Default Judgment.

7. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: October 5, 2012

**SALTZMAN & JOHNSON**
**LAW CORPORATION**

By: _____/s/_____
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to Dec. 14, 2012 at 8:30, and all related deadlines are extended accordingly.

Date: October 9, 2012

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

-2-
REQUEST TO CONTINUE CMC
Case No.: C12-0994 CRB

P:\CLIENTS\PATCL\Jim's Painting & Papering Service 2\Pleadings\C12-0994 CRB - Request to Continue CMC 100512.docx